**VALENTI LAW APC**
Matthew D. Valenti (SBN 253978)
E-mail: mattvalenti@valentilawapc.com
5252 Balboa Avenue, Suite 700
San Diego, California 92117
Phone: (619) 540-2189

Attorney for Scott Schutza

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>        Plaintiff,<br><br>    vs.<br><br><br>FLOOR AND DECOR OUTLETS OF AMERICA, INC., a Delaware corporation; 960 SHERMAN STREET, LLC, a Delaware corporation; BRIXTON PENASQUITOS LLC, a Delaware limited liability company; and DOES 2-10,<br><br>        Defendants. | Case No.: 3:23-cv-02211-JES-SBC<br><br>NOTICE OF SETTLEMENT OF ALL REMAINING PARTIES AND CLAIMS |

# NOTICE OF SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as of June 14, 2024 Plaintiff SCOTT SCHUTZA has reached a settlement with Defendants FLOOR AND DECOR OUTLETS OF AMERICA, INC. and BRIXTON PENASQUITOS LLC for all remaining claims.

This settlement will fully resolve the action. The settling parties have prepared the necessary documentation, which is in the process of being executed, and expect to file a dismissal within 30 days.

DATED:  June 14, 2024                          VALENTI LAW APC


By:   */s/ Matt Valenti*
                                                          Matt Valenti, Esq.
                                                          Attorney for Plaintiff Scott Schutza