1  Matt Valenti, Esq. (State Bar No. 253978)
2  E-mail: mattvalenti@valentilawapc.com
   VALENTI LAW APC
3  5252 Balboa Avenue, Suite 700
4  San Diego, CA 92117
   Phone: (619) 540-2189
5
6  Attorney for Plaintiff Scott Schutza

7

8
9              UNITED STATES DISTRICT COURT
10             SOUTHERN DISTRICT OF CALIFORNIA
11

12  SCOTT SCHUTZA,                    Case No.: 3:23-cv-02211-JES-SBC
13           Plaintiff,
                                      NOTICE OF VOLUNTARY
14      vs.                           DISMISSAL OF REMAINING
                                      DEFENDANTS AND CLAIMS
15                                    PURSUANT TO FED. RULE CIV.
                                      PROC. 41 (a)(1)(A)(i)
16  FLOOR AND DECOR OUTLETS OF
17  AMERICA, INC., a Delaware
    corporation; 960 SHERMAN STREET,
18  LLC, a Delaware corporation;
19  BRIXTON PENASQUITOS LLC, a
    Delaware limited liability company; and
20  DOES 2-10,
21
22
           Defendants.
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DEFENDANTS AND CLAIMS PURSUANT TO
FED. RULE CIV. PROC. 41 (A)(1)(A)(I) - 1

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i), Plaintiff Scott Schutza voluntarily dismisses this action <u>with</u> prejudice as to all remaining Defendants and claims; each party to bear his/her/its own attorneys' fees and costs. The case has been fully settled.

Respectfully submitted,

DATED:  June 19, 2024                    VALENTI LAW APC

                                          By:  */s/ Matt Valenti*
                                             Matt Valenti, Esq.
                                             Attorney for Plaintiff